UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                          Plaintiff,                              DECISION AND ORDER

                                                                 09-CR-6016L

                          v.

CHRISTOPHER RIZZO,

                          Defendant.
_____

        By motion (Dkt. #123), the Government has moved for a reduction of defendant's sentence

pursuant to FED. R. CRIM. P. 35(b).  The motion is GRANTED.  Defendant's sentence is reduced to

a term of forty-eight (48) months imprisonment.  All other parts of the original sentence imposed on

September 8, 2011, remain in full force and effect.

        IT IS SO ORDERED.


                                        _____
                                              DAVID G. LARIMER
                                            United States District Judge

Dated: Rochester, New York
       November 19, 2012.